FILED

# UNITED STATES COURT OF APPEALS

SEP 22 2008

## FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WOLFGANG PUCK, an individual,<br><br>    Plaintiff - Appellant,<br><br>  v.<br><br>WOLFGANG ZWIENER, an individual;<br>et al.,<br><br>    Defendants - Appellees. | No. 08-56174<br><br>D.C. No. 2:08-cv-03394-GAF-PLA<br>Central District of California,<br>Los Angeles<br><br><br>ORDER |

Pursuant to the stipulation of the parties, this appeal is voluntarily dismissed.

Fed. R. App. P. 42(b).  The parties shall bear their own costs and attorneys' fees on

appeal.

This order served on the district court shall act as and for the mandate of this

court.

FOR THE COURT


By: Margaret A. Corrigan
Circuit Mediator


MAC/mediation